UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY WRIGHT,

Plaintiff,

v.

THE HOME DEPOT, INC., et al.,

Defendants.

Case No. 26-cv-11175-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward J. Davila for consideration of whether the case is related to 5:25-cv-09686-EJD.

**IT IS SO ORDERED.**

Dated: October 19, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California