**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to case 5:25-cv-09686-EJD, *Wright v. The Home Depot, Inc.*, I find that the more recently filed case that I have initialed below is not related to the case assigned to me, and such case shall not be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 4:26-cv-11175-AMO | *Wright v. The Home Depot, Inc.* | | **EJD** |

Dated: October 22, 2026

Edward J. Davila
United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S NOTICE**

**The court has reviewed the judicial referral re case relation and determined that no cases are related and no reassignments shall occur.**

Dated: October 22, 2026

CRobinson
Cheré Robinson, Deputy Clerk